**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Derek Layne Mills**  CASE NO 23-42530-13

CHAPTER **13**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  09/25/2023  Signature  /s/ Derek Layne Mills
  Derek Layne Mills, Debtor

Dawn Whiting
5001 Roslyn Drive
Fort Worth, TX 76148


Dealers First Automotive LLC
1127 Flores De Avila
Tampa, FL 33613


Hillsborough Cty Florida Cir. Ct
800 E Twiggs St
Tampa, FL 33602


Tarrant County JP Court Pct 4
c/o Clerk of the Court
100 E Weatherford St
Ste 450
Fort Worth, TX 76196


The Martini Law Firm, PC
10440 N Central Expwy
Ste 1240
Dallas, TX 75231


Tom Mills
9303 Mineral Wells Hwy
Weatherford, TX 76088-5603


Wetherington Hamilton, PA
Attn: Kalei McElroy Blair, Esq.
812 W Dr. MLK Jr Blvd
Suite 101
Tampa, FL 33603