# United States Bankruptcy Court
## Northern District Of Texas

In re   Derek Layne Mills                                                                 Case No.   23-42530-13

                                                                                          Chapter    13

                    Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Debtor's(s') **Notice of Chapter 13 Bankruptcy** was served on the following entities either by Electronic Service or by First Class Mail, Postage Pre-paid on the   26th   day of   September  , 20 23 :

(List each party served, specifying the name and address of each party)


Dated:        09/26/2023                                              /s/ Derek Layne Mills
                                                                      Derek Layne Mills
                                                                      Debtor or Debtor's(s') Counsel

Dawn Whitus
5001 Roslyn Drive
Fort Worth, TX 76148


Dealers First Automotive LLC
1127 Flores De Avila
Tampa, FL 33613


Hillsborough Cty Florida Cir. Ct
800 E Twiggs St
Tampa, FL 33602


Tarrant County JP Court Pct 4
c/o Clerk of the Court
100 E Weatherford St
Ste 450
Fort Worth, TX 76196


The Martini Law Firm, PC
10440 N Central Expwy
Ste 1240
Dallas, TX 75231


Tom Mills
9303 Mineral Wells Hwy
Weatherford, TX 76088-5603


Wetherington Hamilton, PA
Attn: Kalei McElroy Blair, Esq.
812 W Dr. MLK Jr Blvd
Suite 101
Tampa, FL 33603